**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAWN ABRAHAM,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>        Defendant. | Case No.: C-11-05323-YGR<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS; AND DISMISSING ACTION WITH PREJUDICE** |

The Court having considered the parties' Joint Motion to Dismiss this action, Dkt. No. 19, **THIS ACTION IS DISMISSED WITH PREJUDICE**.

The Compliance Conference scheduled for Friday, May 4, 2012, on the Court's 9:01a.m. Calendar is **VACATED**.

This Order Terminates Docket Number 19.

**IT IS SO ORDERED**.

April 11, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**